**Motion DENIED.**

This the 4th day of May, 2015.

/s/Louise W. Flanagan, U.S. District Judge

---

*of Hon William A Webb, USMS, to [illegible] Judgment, M&R, Per Sual to F,R,C,P [illegible] Concealment by Defendants omissions*

R., v. Plaintiff, vs. ALBERT SINGER, et al., Defendants.
URT FOR THE EASTERN DISTRICT OF NORTH CAROLINA,
WESTERN DIVISION
2008 U.S. Dist. LEXIS 124113
NO. 5:08-CV-186-FL(3)
April 22, 2008, Decided
April 22, 2008, Filed

*conspiracy, illegal envolving were on the JD peal Jurisdiction, and Subject matter Jurisdiction*

History

Adopted by, Dismissed by Davis v. Singer, 2008 U.S. Dist. LEXIS 53274 (E.D.N.C., July 14, 2008)

Counsel: William Scott Davis, Jr., Plaintiff, Pro se, Hampton, VA.
Judges: William A. Webb, U.S. Magistrate Judge.

Opinion

Opinion by: William A. Webb

Opinion

*Illegal Child Family Forenic Fraudulent Fabrication of Evide 06CRS72240-06, 07CRS 05765, Illegal Scheme of ADA Melena A Shukla, Cary Police, Michelle Snyese Aide Abetted by Sydney Batch, Lisa Selle*

**MEMORANDUM AND RECOMMENDATION**

Plaintiff has filed an application to proceed *in forma pauperis*. He has demonstrated appropriate evidence of inability to pay the required court costs. However, the Court must also conduct a review pursuant to 28 U.S.C. §§ 1915(e)(2) which requires the Court to dismiss all or any part of an action found to be frivolous or malicious, which fails to state a claim upon which relief can be granted, or which seeks money damages from a defendant immune from such recovery. *See Cochran v. Morris*, 73 F.3d 1310, 1315-16 (4th Cir. 1996)(discussing *sua sponte* dismissal under predecessor statute 28 U.S.C. § 1915(d)). A case is frivolous if it lacks an arguable basis in either law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325, 109 S. Ct. 1827, 104 L. Ed. 2d 338 (1989). For the following reasons the undersigned recommends that Plaintiff's Complaint be found insufficient to survive review under 28 U.S.C. § 1915(e)(2).

*Where For Plaintiff pray the Court Grant plaintiff, Fins or exhibits Incorporated by References New Discovery Evidences US CON 4'Cir 14-1916 (w) 13-2505, 13-2523, Whistle Blower Phns illegally Being Retaliatory Vindictive Deletion prosecution by Wake Court ADA Melena A Shukla, Michell W Snynse, Cary Police Department Wake County Municipal government Attorney Sydney Batch, US DCED NC WD Fred Fraud on Court M.A.S M.W,S, S,B, 5:14crs240 1F(w) In Re US DCED VA NPN Division 4:13-CV-58-4:13CN-7 [illegible]*

1ydcases 1

© 2015 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

*9-20-15*

Case 5:08-cv-00186-FL   Document 9   Filed 05/04/15   Page 1 of 1

84944083